# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

CITY TELE COIN COMPANY INC.                                                      PLAINTIFF

v.                              NO. 4:17cv00172 JJV

KEYSTONE DATA TECHNOLOGIES LLC                                                   DEFENDANT

## ORDER OF DISMISSAL

Having been notified that a settlement has been reached in this matter, the Court finds that this case should be dismissed.

IT IS THEREFORE ORDERED that the complaint and all claims in this action against defendant be, and they are, hereby dismissed with prejudice.

The Court retains complete jurisdiction for fourteen (14) months to enforce the terms of the settlement agreement, if necessary.

IT IS SO ORDERED this 17th day of January 2019.

_____
JOE J. VOLPE
UNITED STATES MAGISTRATE JUDGE